**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MARCOS SANTIAGO-SANCHEZ,                  )
                                          )
        Petitioner,                  )
                                          )
v.                                        )      Case No. CIV-26-1150-J
                                          )
CHRIS GANTT, et al.,                      )
                                          )
        Respondents.                )

## ORDER

United States Immigration & Customs Enforcement has detained Petitioner, a native and citizen of Honduras.  Appearing with counsel, Petitioner seeks habeas relief under 28 U.S.C. § 2241 [Doc. No. 1] and requests an emergency temporary restraining order (TRO) or, in the alternative, a preliminary injunction requiring Respondents to either release him or provide him with a bond hearing.  [Doc. No. 5].  The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Mitchell has reviewed Petitioner's request for a TRO or preliminary injunction and recommends that it be denied.  [Doc. No. 13].  Despite being cautioned that he must file any objection no later than June 24, 2026, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 13] and DENIES Petitioner's motion for an emergency TRO or, in the alternative, for a preliminary injunction [Doc. No. 5].  This matter remains referred to Judge Mitchell.

IT IS SO ORDERED this 26th day of June, 2026.

_____

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

2