# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARCOS SANTIAGO-SANCHEZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| WARDEN OF CIMARRON CORRECTIONAL FACILITY, et al., | ) ) ) ) |
| Respondents. | ) ) |

Case No. CIV-26-1150-J

## ORDER FOR UPDATE

Petitioner no longer appears on the ICE detainee locator system. The Court orders Respondents to file an update on the status of Petitioner's detention on or before July 21, 2026.

**SO ORDERED** this 17th day of July, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE